IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROGER CARL MOLINE, ex parte,

      Petitioner,

                                 CASE NO. 4:06cv234-RH/WCS

_____/

### ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 3), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Petitioner's "Motion for Relief from Adverse Proceeding" is DENIED. The clerk shall enter judgment and close the file.

SO ORDERED this 24th day of October, 2006.

                                 s/Robert L. Hinkle
                                 Chief United States District Judge